# Annemarie E. Kill
Curriculum Vitae

**Professional:**

Partner, Avery Camerlingo Kill, LLC, Chicago

**Areas of Practice:**

Employment law

Family law with concentration in division of retirement benefits upon divorce (Qualified Domestic Relations Orders, Qualified Illinois Domestic Relations Orders)

**Bar Admissions/Experience:**

Illinois, 1995
U.S. District Court, Northern District of Illinois, 1995
U.S. District Court, Northern District of Illinois, Trial Bar, 2001
U.S. Court of Appeals, Seventh Circuit, 2002
U.S. Supreme Court, 2005
> After prevailing in an employment discrimination case at the Seventh Circuit Court of Appeals, successfully opposed the employer's Petition for Writ of Certiorari to the U.S. Supreme Court. The employer was joined by amicus, the International Municipal Lawyers' Association. Due to success at the Seventh Circuit and the significance of the employee rights issues presented, the case drew national attention, and the Harvard and Stanford Supreme Court Litigation Clinics requested to join as Ms. Kill's co-counsel at the Supreme Court.

**Education:**

Illinois State University, B.S., *cum laude*, 1992
> Illinois General Assembly Scholarship
> Mortar Board Honor Society (one of forty seniors annually elected to the honor society out of senior class of approximately three thousand)

DePaul University College of Law, J.D., 1995
> Dean's Scholarship
> President of the Student Bar Association
> Moot Court Executive Board

**Affiliations and awards:**

Recipient of Illinois State Bar Association's "Diversity Leadership Award"

Repeatedly selected as one of the "Top 50 Women *Illinois Super Lawyers*"

Repeatedly named an "*Illinois Super Lawyer*"

Repeatedly named an "*Illinois Leading Lawyer*"

Selected as one of the "Top 100 Women Consumer Lawyers" by *Leading Lawyers*

Selected as one of the "*Best Lawyers in America*" in 2014 appearing in US News and World Report

Named "Privacy Law—Law Firm of the Year in Illinois" in 2014 by *Corporate INTL* recognizing leading legal teams across a number of practice areas globally. Twelve core practice areas are evaluated in each country and a panel of experts ultimately selects a winner of its prestigious award in each category.

DePaul University College of Law Family Law Institute, Board Member

DePaul University President's Club

Past Fellow of the Collaborative Law Institute of Illinois

Affiliate Member of American Society of Pension Professionals and Actuaries

Mensa

Mensa Business International

GRANDFamilies Program of Chicago (President 2005-2006; Member 2003-2006)

Volunteer at Cabrini Green Legal Aid Clinic, Chicago, Illinois

Volunteer at Center for Disability and Elder Law, Chicago, Illinois

Girl Scouts of America- troop leader

**Bar Association Involvement:**

Illinois State Bar Association (1995 to present)

    Elected to 2 consecutive terms of the Illinois State Bar Association Assembly (2008-2011; 2011-2014)

    Assembly Finance Committee (2010-2011)

    ISBA Young Lawyers Division Section Council (1996-2000)

      ISBA Diversity Leadership Council (Vice-Chair 2009-2010, Chair 2010-2011, Coordinator of Diversity Fellows 2011-2012)

      ISBA Women and the Law Committee (2000-present; Secretary, 2007-2008, Vice-Chair 2008-2009, Chair 2009-2010)

      ISBA CLE Committee (2009-present) (2011-2015 Programming subcommittee chair)

      ISBA Small Firm Conference Committee (2009-2015) (Vice-Chair 2013-2014) (Chair- 2015-2016

      ISBA Diversity Pipeline Committee (2013-2014)

      ISBA "Celebrating Women in the Profession Luncheon" (co-chair of planning committee) (2010)

      Special Committee on the Impact of Law School Debt on the Delivery of Legal Services (2012-2013)

      Member of planning committees for numerous CLEs and events

Law and Leadership Institute committee (2011-2014) (The Law and Leadership Institute (LLI) is a statewide initiative to assist students from minority, ethnic, and other groups who are currently underrepresented in the legal professions achieve academic success and aspire to a career in the law)

Cook County Bar Association Law Day Firm Sponsor

Illinois Bar Foundation Silver Fellow

Chicago Bar Association

Women's Bar Association of Illinois

CBA/WBAI Joint Task Force on Issues Affecting Women as they Age (2003-2006)

National Employment Lawyers Association

 "Lawyers United to Help Haiti Rebuild" fundraising committee (March, 2010)

"Haiti:  Past, Present and Future Prospects" forum committee (Oct., 2010)

**Selected Published Articles and Speaking Engagements:**

"QDRO Creation in Illinois" (authored selected chapters), National Business Institute, Fall, 2004.

"Grandparents Raising Grandchildren—What They Should Know," ISBA Women and the Law Newsletter "The Catalyst," Spring, 2005

"Choosing the Childcare Option that is Right for You," ISBA Women and the Law Newsletter "The Catalyst," Spring 2006

"The United States as a Third World Country," ISBA Women and the Law Newsletter "The Catalyst," Spring, 2007

"Answering the Call of Our Changing Society: The Illinois Religious Freedom Protection and Civil Unions Act," ISBA Women and the Law Newsletter "The Catalyst," Fall, 2007

"All You Need Is Love. . . And the Right Legislation: The Illinois Religious Freedom Protection and Civil Unions Act (House Bill 1826)," ISBA Diversity Matters Newsletter, Summer, 2008

"QDRO Pitfalls and Pointers, What Divorce Lawyers Should Know," quoted in Illinois Bar Journal, January, 2005

"Is Nice a Four Letter Word?" ISBA Women and the Law Newsletter, Spring, 2010

"Attorney, Interrupted: Are We Addicted to Distraction?" ISBA Women and the Law Newsletter, Fall, 2009

Guest Lecturer, DePaul University College of Law, Advanced Issues in Family Law, QDROs

Speaker, "QDRO Creation in Illinois," National Business Institute, November, 2004

Speaker, "Cracking the Pension Code," Illinois Legal Aid Advocates Conference November, 2005

Guest Lecturer, DePaul University College of Law, Issues in Family Law, QDROs, Spring, 2005, Spring, 2006, Spring, 2009

Speaker, "Grandparents Raising Grandchildren and Related Issues," Illinois Paralegal Association Education Seminar, November, 2005

Coordinator, "Hot Topics in Domestic Violence" Illinois State Bar Association CLE, September, 2006

4

Coordinator, "The Secret World of Human Trafficking" Illinois State Bar Association CLE, January, 2007

Speaker, "Qualified Medical Child Support Orders," Northwest Suburban Bar Association Family Law Annual CLE, January, 2007

Moderator and Coordinator, "Girls in the Criminal Justice System—Justice Delivered or Denied?" Illinois State Bar Association CLE, Chicago, October, 2007

Coordinator, "Legal Implications of Effective Representation of Unmarried Couples" Illinois State Bar Association CLE, Chicago, December, 2007

Co-Coordinator, "Human Trafficking and the Commercial Sexual Exploitation of Children" full day CLE, October, 2014