**Avery, Camerlingo & Kill, LLC**
## Billed/Unbilled Hours by Person- Filter:  Baier
**January 1, 2012 through June 26, 2015**

**Baier v. Rohr-Mont Motors, Inc., et. al**
**Summary of time 10/12/12-6/26/15**

| | Hours Billed | Hourly rate | Hours* Rate |
|---|---|---|---|
| **Annmarie Kill** | | | |
| **$350** | 326.30 | $350 | $114,205.00 |
| **$375** | 344.80 | $375 | $129,300.00 |
| **Office- $200 SM** | 0.30 | $200 | $60.00 |
| **Paralegal/Clerk- $75** | 145.50 | $75 | $10,912.50 |
| **Trial- $450** | 81.10 | $450 | $36,495.00 |
| **Total Annmarie Kill** | 898.00 | | |
| **Lauren Chibe** | | | |
| **Office $200 LC** | 3.00 | $200 | $600.00 |
| **Total Lauren Chibe** | 3.00 | | |
| **Rebecca Elin** | | | |
| **$250 RC** | 169.10 | $250 | $42,275.00 |
| **$275 RC** | 107.40 | $275 | $29,535.00 |
| **Total Rebecca Elin** | 276.50 | | |
| **TOTAL** | **1,177.50** | | **$363,382.50** |
| **Credit:** | | | -$455.00 |
| | | | **$362,927.50** |