UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRY A. BAIER, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>ROHR-MONT MOTORS, INC., )<br>an Illinois corporation d/b/a )<br>Oakbrook Toyota in Westmont, )<br>JOHN BARRETT, ALEX SYED, )<br>      Defendants. ) | Case No. 12 CV 8234<br><br>Judge Blakey |

### DECLARATION OF REBECCA E. CAHAN

I, Rebecca E. Cahan, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney in good standing and have been continually licensed to practice law in the State of Illinois since November, 2005. I have been specifically admitted to practice before the United States District Court for the Northern District of Illinois since September, 2006.

2. I graduated from the University of Michigan, Ann Arbor, in 2000.

3. I received my law degree from New York Law School in 2005. In 2004, I served as a summer extern for the Honorable Marcy Kahn in the New York Supreme Court, criminal division. I also worked as a summer intern at the Cook County State's Attorney's Office, in the Assets and Forfeiture Unit, in the summer of 2004.

4. Upon graduation, I worked as a law clerk at the law firm of Avery Camerlingo Kill, LLC, from August, 2005 to November, 2005. I became an associate attorney with the law firm of Avery Camerlingo Kill, LLC in November, 2005 and have remained there since that time. I have worked on employment-related cases and employment and non-employment trials throughout my tenure at Avery Camerlingo Kill, LLC. My practice is focused on family law and employment

law. I served as second chair counsel in the present case and also served as second chair counsel on another jury trial in 2014.

5. I have briefed several successful appeals in the First and Second District Illinois Appellate Courts and have successfully argued before the Second District Appellate Court in Illinois.

6. I was repeatedly selected as an "Illinois Rising Star" attorney by Super Lawyers in 2010, 2011 and 2012. I was most recently named as an "Emerging Lawyer" by the Illinois Leading Lawyer Network in 2015.

7. I served on the Illinois State Bar Association's "Young Lawyers Division Council" in 2009 and 2010 and have participated in various programs sponsored by the Illinois State Bar Association, including the Illinois Law and Leadership Institute program. I have also participated in a panel discussion regarding the practice of family law at the DePaul University College of Law.

8. I am a present member of the Illinois State Bar Association, the Women's Bar Association and the Chicago Bar Association.

Dated: July 7, 2015

/s/ Rebecca E. Cahan
Rebecca E. Cahan