## RETAINER AGREEMENT

I, ███████ hereby retain and employ the law firm of AVERY CAMERLINGO KILL, LLC to act as my attorneys to represent me in all aspects of the issues related to the **negotiation of a severance package with my employer**, ███████

I agree to pay to AVERY CAMERLINGO KILL, LLC the sum of **$3,500** as an initial retainer for the purposes of assuring the availability of the services of AVERY CAMERLINGO KILL, LLC in pursuing my case. All additional fees and costs incurred on my behalf in connection with the handling of my case shall be subsequently determined and charged, including the costs and legal fees incurred in any litigation that I may authorize. *I understand that this representation is limited to the negotiation of my claim only and shall not include filing suit.*

I further understand that the hourly charges to be made to me for services rendered by AVERY CAMERLINGO KILL, LLC shall include charges for professional services including paralegal services based on an hourly rate and charges for cash disbursements. This hourly rate includes charges for legal research, preparation of pleadings, briefs and other legal memoranda and court documents, conferences, correspondence, and telephone calls by attorneys and paralegals.

The present hourly rates for MARY KATHERINE AVERY, PEPI CAMERLINGO and ANNEMARIE KILL are $350.00 per hour. The presently hourly rates for associates are between $200 and $250.00 per hour for. The present hourly rate for clerks and paralegals is $75.00 per hour. These rates may be increased from time to time after prior notice.

In addition to the rates described above, I will also pay out-of-pocket expenses incurred in my case. These costs include, but are not limited to payments made for my account such as duplication costs, facsimile costs, long distance charges, postage, computer research time, out-of-town travel, costs incurred in connection with transportation to locations where conferences, depositions and/or other facilities where the legal services are to be rendered, experts and investigators. I understand that no experts or investigators shall be hired without my prior consent and approval.

I understand that the principal basis for computing attorney's fees is the time spent on services rendered on my behalf by professional personnel multiplied by their individual hourly rates. I understand that I will be sent a monthly itemized statement reflecting attorney fees and costs incurred on my behalf. I further understand and agree that I shall immediately pay the full outstanding balance reflected on my bill on a monthly basis. I further understand that all outstanding fees and costs are due at the close of my case.

I further understand that if I fail to pay the retainer fee as set forth above, or if I fail to pay in full all subsequent sum(s) of attorney's fees and costs after my retainer fee has been expended, that I agree and authorize AVERY CAMERLINGO KILL, LLC to withdraw as my attorneys of record, and to pursue by any available remedy, should it become necessary, the collection of all sums due AVERY CAMERLINGO KILL, LLC whether for attorney's fees or costs expended. I also understand that I have the right to discharge AVERY CAMERLINGO KILL, LLC as my attorneys at any time.

I hereby acknowledge that I have read and understand all of the terms and provisions in this Fee Agreement.

Dated this 14 day of October, 2014.

By: _____
Accepted by: AVERY CAMERLINGO KILL, LLC

## RETAINER AGREEMENT

I, ▮▮▮▮▮▮▮▮▮▮ hereby retain and employ the law firm of AVERY CAMERLINGO KILL, LLC to act as my attorneys to represent me in all aspects of the issues related to **my employment with** ▮▮▮▮▮▮▮▮▮▮.

I agree to pay to AVERY CAMERLINGO KILL, LLC the sum of **$3,500** as an initial retainer for the purposes of assuring the availability of the services of AVERY CAMERLINGO KILL, LLC in pursuing my case. All additional fees and costs incurred on my behalf in connection with the handling of my case shall be subsequently determined and charged, including the costs and legal fees incurred in any litigation that I may authorize.

I further understand that the hourly charges to be made to me for services rendered by AVERY CAMERLINGO KILL, LLC shall include charges for professional services including paralegal services based on an hourly rate and charges for cash disbursements. This hourly rate includes charges for legal research, preparation of pleadings, briefs and other legal memoranda and court documents, conferences, correspondence, and telephone calls by attorneys and paralegals.

The present hourly rates for MARY KATHERINE AVERY, PEPI CAMERLINGO and ANNEMARIE KILL are $350.00 per hour. The presently hourly rates for associates are between $200 and $250.00 per hour for. The present hourly rate for clerks and paralegals is $75.00 per hour. These rates may be increased from time to time after prior notice.

In addition to the rates described above, I will also pay out-of-pocket expenses incurred in my case. These costs include, but are not limited to payments made for my account such as duplication costs, facsimile costs, long distance charges, postage, computer research time, out-of-town travel, costs incurred in connection with transportation to locations where conferences, depositions and/or other facilities where the legal services are to be rendered, experts and investigators. I understand that no experts or investigators shall be hired without my prior consent and approval.

I understand that the principal basis for computing attorney's fees is the time spent on services rendered on my behalf by professional personnel multiplied by their individual hourly rates. I understand that I will be sent a monthly itemized statement reflecting attorney fees and costs incurred on my behalf. I further understand and agree that I shall immediately pay the full outstanding balance reflected on my bill on a monthly basis. I further understand that all outstanding fees and costs are due at the close of my case.

I further understand that if I fail to pay the retainer fee as set forth above, or if I fail to pay in full all subsequent sum(s) of attorney's fees and costs after my retainer fee has been expended, that I agree and authorize AVERY CAMERLINGO KILL, LLC to withdraw as my attorneys of record, and to pursue by any available remedy, should it become necessary, the collection of all sums due AVERY CAMERLINGO KILL, LLC whether for attorney's fees or costs expended. I also understand that I have the right to discharge AVERY CAMERLINGO KILL, LLC as my attorneys at any time.

I hereby acknowledge that I have read and understand all of the terms and provisions in this Fee Agreement.

Dated this 10th day of October, 2014

By: _____
Accepted by: AVERY CAMERLINGO KILL, LLC

### RETAINER AGREEMENT

I, ███████ hereby retain and employ the law firm of AVERY CAMERLINGO KILL, LLC to act as my attorneys to represent me in the **negotiation of a severance package with my employer,** ███████

I agree to pay to AVERY CAMERLINGO KILL, LLC the sum of **$5,000** as an initial retainer for the purposes of assuring the availability of the services of AVERY CAMERLINGO KILL, LLC in pursuing my case. All additional fees and costs incurred on my behalf in connection with the handling of my case shall be subsequently determined and charged, including the costs and legal fees incurred in any litigation that I may authorize.

I further understand that the hourly charges to be made to me for services rendered by AVERY CAMERLINGO KILL, LLC shall include charges for professional services including paralegal services based on an hourly rate and charges for cash disbursements. This hourly rate includes charges for legal research, preparation of pleadings, briefs and other legal memoranda and court documents, conferences, correspondence, and telephone calls by attorneys and paralegals.

The present hourly rates for MARY KATHERINE AVERY, PEPI CAMERLINGO and ANNEMARIE KILL are $350.00 per hour. The presently hourly rates for associates are between $200 and $250.00 per hour for. The present hourly rate for clerks and paralegals is $75.00 per hour. These rates may be increased from time to time after prior notice.

In addition to the rates described above, I will also pay out-of-pocket expenses incurred in my case. These costs include, but are not limited to payments made for my account such as duplication costs, facsimile costs, long distance charges, postage, computer research time, out-of-town travel, costs incurred in connection with transportation to locations where conferences, depositions and/or other facilities where the legal services are to be rendered, experts and investigators. I understand that no experts or investigators shall be hired without my prior consent and approval.

I understand that the principal basis for computing attorney's fees is the time spent on services rendered on my behalf by professional personnel multiplied by their individual hourly rates. I understand that I will be sent a monthly itemized statement reflecting attorney fees and costs incurred on my behalf. I further understand and agree that I shall immediately pay the full outstanding balance reflected on my bill on a monthly basis. I further understand that all outstanding fees and costs are due at the close of my case.

I further understand that if I fail to pay the retainer fee as set forth above, or if I fail to pay in full all subsequent sum(s) of attorney's fees and costs after my retainer fee has been expended, that I agree and authorize AVERY CAMERLINGO KILL, LLC to withdraw as my attorneys of record, and to pursue by any available remedy, should it become necessary, the collection of all sums due AVERY CAMERLINGO KILL, LLC whether for attorney's fees or costs expended. I also understand that I have the right to discharge AVERY CAMERLINGO KILL, LLC as my attorneys at any time.

I hereby acknowledge that I have read and understand all of the terms and provisions in this Retainer Agreement.

Dated this 15th day of October, 2014.

Accepted by: AVERY CAMERLINGO KILL, LLC

SEP-26-2011 15:44 From:AVERYCAMERLINGOKILL 3126499713                          P.2/2

## RETAINER AGREEMENT

I, ███████ hereby retain and employ the law firm of AVERY CAMERLINGO KILL, LLC to act as my attorneys to represent me in all aspects of the negotiation of Case No. ██████ F███ (and no other charge) against ███████.

I agree to pay to AVERY CAMERLINGO KILL, LLC the sum of $2500.00 as flat rate for the purposes of AVERY CAMERLINGO KILL, LLC appearing at a settlement conference in Case No. ████ CF ████ only. All additional fees and costs incurred on my behalf in connection with the handling of my case shall be subsequently determined and charged, including the costs and legal fees incurred in any litigation that I may authorize. *I understand that this representation is limited to the negotiation of my claim only and shall not include filing suit.*

I further understand that any hourly charges to be made to me for services rendered by AVERY CAMERLINGO KILL, LLC shall include charges for professional services including paralegal services based on an hourly rate and charges for cash disbursements. This hourly rate includes charges for legal research, preparation of pleadings, briefs and other legal memoranda and court documents, conferences, correspondence, and telephone calls by attorneys and paralegals.

The present hourly rates for MARY KATHERINE AVERY, PEPI CAMERLINGO and ANNEMARIE KILL are $350.00 per hour. The presently hourly rates for associates are $250.00 per hour. The present hourly rate for clerks and paralegals is $75.00 per hour. These rates may be increased from time to time after prior notice.

In addition to the rates described above, I will also pay out-of-pocket expenses incurred in my case. These costs include, but are not limited to payments made for my account such as duplication costs, facsimile costs, long distance charges, postage, computer research time, out-of-town travel, costs incurred in connection with transportation to locations where conferences, depositions and/or other facilities where the legal services are to be rendered, experts and investigators. I understand that no experts or investigators shall be hired without my prior consent and approval.

I understand that the principal basis for computing attorney's fees is the time spent on services rendered on my behalf by professional personnel multiplied by their individual hourly rates. I understand that I will be sent a monthly itemized statement reflecting attorney fees and costs incurred on my behalf. I further understand and agree that I shall immediately pay the full outstanding balance reflected on my bill on a monthly basis. I further understand that all outstanding fees and costs are due at the close of my case.

I further understand that if I fail to pay the retainer fee as set forth above, or if I fail to pay in full all subsequent sum(s) of attorney's fees and costs after my retainer fee has been expended, that I agree and authorize AVERY CAMERLINGO KILL, LLC to withdraw as my attorneys of record, and to pursue by any available remedy, should it become necessary, the collection of all sums due AVERY CAMERLINGO KILL, LLC whether for attorney's fees or costs expended. I also understand that I have the right to discharge AVERY CAMERLINGO KILL, LLC as my attorneys at any time.

I hereby acknowledge that I have read and understand all of the terms and provisions in this Fee Agreement.

Dated this 29 day of September, 2011.

By: _____
Accepted by: AVERY CAMERLINGO KILL, LLC

## RETAINER AGREEMENT

I, ▮▮▮▮▮▮▮▮▮▮ hereby retain and employ the law firm of AVERY CAMERLINGO KILL, LLC to act as my attorneys to represent me in ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I agree to pay to AVERY CAMERLINGO KILL, LLC the sum of **$5,000.00** as an initial retainer for the purposes of assuring the availability of the services of AVERY CAMERLINGO KILL, LLC in pursuing my case. All additional fees and costs incurred on my behalf in connection with the handling of my case shall be subsequently determined and charged, including the costs and legal fees incurred in any post-decree work and/or appeal that I may authorize AVERY CAMERLINGO KILL, LLC to take on my behalf or to defend based upon the hourly rate(s) hereinafter set forth and as determined by other provisions herein.

I further understand that the hourly charges to be made to me for services rendered by AVERY CAMERLINGO KILL, LLC shall include charges for professional services including paralegal services based on an hourly rate and charges for cash disbursements. This hourly rate includes charges for court time, depositions, legal research, preparation of pleadings, briefs and other legal memoranda and court documents, conferences, correspondence, travel time to and from court and telephone calls by attorneys and paralegals.

✓ The present hourly rates for MARY KATHERINE AVERY, PEPI CAMERLINGO and ANNEMARIE KILL are $375.00 per hour. The presently hourly rates for associates are between $225.00 and $275.00 per hour. The present hourly rate for clerks and paralegals is $75.00 per hour. These rates may be increased from time to time after prior notice.

During the representation, we will supply you with copies of all substantive correspondence and pleadings concerning your matter. After the matter is closed, any original documents you provided to us will be available for you to retrieve. You may also obtain copies of your entire file by paying our standard photocopying charges and a minimum fee to compensate us for the staff time necessary to duplicate the file. If you do not retrieve your original documents within thirty (30) days of the conclusion of representation, your file will be sent to off-site storage. Due to storage constraints, the entire file with be then destroyed after seven (7) years.

In addition to the rates described above, I will also pay out-of-pocket expenses incurred in my case. These costs include, but are not limited to payments made for my account such as court filing fees, duplication costs, facsimile costs, long distance charges, postage, computer research time, process servers, court reporters, deposition costs, out-of-town travel, costs incurred in connection with transportation to and from court and other locations where conferences, depositions and/or other facilities where the legal services are to be rendered, experts and investigators. I understand that no experts or investigators shall be hired without my prior consent and approval.

I understand that the principal basis for computing attorney's fees is the time spent on services rendered on my behalf by professional personnel multiplied by their individual hourly rates. I understand that I will be sent a monthly itemized statement reflecting attorney fees and costs incurred on my behalf. I further understand and agree that I shall immediately pay the full outstanding balance reflected on my bill on a monthly basis. Simple interest will accrue on any unpaid balance after thirty (30) days from the due date at a rate of nine percent (9%) annually. I further understand that all outstanding fees and costs are due at the close of my case (or on or before the day of prove-up).

I further understand that if I fail to pay the retainer fee as set forth above, or if I fail to pay in full all subsequent sum(s) of attorney's fees and costs after my retainer fee has been expended, that I agree and authorize AVERY CAMERLINGO KILL, LLC to withdraw as my attorneys of record, and to pursue by any available remedy, should it become necessary, the collection of all sums due AVERY CAMERLINGO KILL, LLC whether for attorney's fees or costs expended, and for attorneys' fees and costs incurred to pursue the collection of said sums. I also understand that I have the right to discharge AVERY CAMERLINGO KILL, LLC as my attorneys at any time.

I hereby acknowledge that I have read and understand all of the terms and provisions in this Fee Agreement and agree to be bound by same and further acknowledge that I have received a copy of this Fee Agreement for my records this date. I also acknowledge that I have read and understand the Statement of Client's Rights and Responsibilities which is attached hereto and made part of this Fee Agreement, and that I have received a copy thereof.

Dated this 23 day of April, 2015.

By: _____
Accepted by: AVERY CAMERLINGO KILL, LLC

## RETAINER AGREEMENT

I, ▮▮▮▮▮▮▮▮▮▮ hereby retain and employ the law firm of AVERY CAMERLINGO KILL, LLC to act as my attorneys to represent me in my ▮▮▮▮▮▮▮▮▮▮

I agree to pay to AVERY CAMERLINGO KILL, LLC the sum of **$3,500.00** as an initial retainer for the purposes of assuring the availability of the services of AVERY CAMERLINGO KILL, LLC in pursuing my case. All additional fees and costs incurred on my behalf in connection with the handling of my case shall be subsequently determined and charged, including the costs and legal fees incurred in any post-decree work and/or appeal that I may authorize AVERY CAMERLINGO KILL, LLC to take on my behalf or to defend based upon the hourly rate(s) hereinafter set forth and as determined by other provisions herein.

I further understand that the hourly charges to be made to me for services rendered by AVERY CAMERLINGO KILL, LLC shall include charges for professional services including paralegal services based on an hourly rate and charges for cash disbursements. This hourly rate includes charges for court time, depositions, legal research, preparation of pleadings, briefs and other legal memoranda and court documents, conferences, correspondence, travel time to and from court and telephone calls by attorneys and paralegals.

The present hourly rates for MARY KATHERINE AVERY, PEPI CAMERLINGO and ANNEMARIE KILL are $375.00 per hour. The presently hourly rates for associates are between $200.00 and $275.00 per hour. The present hourly rate for clerks and paralegals is $75.00 per hour. These rates may be increased from time to time after prior notice.

During the representation, we will supply you with copies of all substantive correspondence and pleadings concerning your matter. After the matter is closed, any original documents you provided to us will be available for you to retrieve. You may also obtain copies of your entire file by paying our standard photocopying charges and a minimum fee to compensate us for the staff time necessary to duplicate the file. If you do not retrieve your original documents within thirty (30) days of the conclusion of representation, your file will be sent to off-site storage. Due to storage constraints, the entire file with be then destroyed after seven (7) years.

In addition to the rates described above, I will also pay out-of-pocket expenses incurred in my case. These costs include, but are not limited to payments made for my account such as court filing fees, duplication costs, facsimile costs, long distance charges, postage, computer research time, process servers, court reporters, deposition costs, out-of-town travel, costs incurred in connection with transportation to and from court and other locations where conferences, depositions and/or other facilities where the legal services are to be rendered, experts and investigators. I understand that no experts or investigators shall be hired without my prior consent and approval.

I understand that the principal basis for computing attorney's fees is the time spent on services rendered on my behalf by professional personnel multiplied by their individual hourly rates. I understand that I will be sent a monthly itemized statement reflecting attorney fees and costs incurred on my behalf. I further understand and agree that I shall immediately pay the full outstanding balance reflected on my bill on a monthly basis. Simple interest will accrue on any unpaid balance after thirty (30) days from the due date at a rate of nine percent (9%) annually. I further understand that all outstanding fees and costs are due at the close of my case (or on or before the day of prove-up).

I further understand that if I fail to pay the retainer fee as set forth above, or if I fail to pay in full all subsequent sum(s) of attorney's fees and costs after my retainer fee has been expended, that I agree and authorize AVERY CAMERLINGO KILL, LLC to withdraw as my attorneys of record, and to pursue by any available remedy, should it become necessary, the collection of all sums due AVERY CAMERLINGO KILL, LLC whether for attorney's fees or costs expended, and for attorneys' fees and costs incurred to pursue the collection of said sums. I also understand that I have the right to discharge AVERY CAMERLINGO KILL, LLC as my attorneys at any time.

I hereby acknowledge that I have read and understand all of the terms and provisions in this Fee Agreement and agree to be bound by same and further acknowledge that I have received a copy of this Fee Agreement for my records this date. I also acknowledge that I have read and understand the Statement of Client's Rights and Responsibilities which is attached hereto and made part of this Fee Agreement, and that I have received a copy thereof.

Dated this ▮▮ day of July 2015.

By: _____
Accepted by: AVERY CAMERLINGO KILL, LLC

## RETAINER AGREEMENT

I, ▓▓▓▓▓▓▓▓▓▓ hereby retain and employ the law firm of AVERY CAMERLINGO KILL, LLC to act as my attorneys to represent me in ▓▓▓▓▓▓▓▓▓▓

I agree to pay to AVERY CAMERLINGO KILL, LLC the sum of **$5,000.00** as an initial retainer for the purposes of assuring the availability of the services of AVERY CAMERLINGO KILL, LLC in pursuing my case. All additional fees and costs incurred on my behalf in connection with the handling of my case shall be subsequently determined and charged, including the costs and legal fees incurred in any post-decree work and/or appeal that I may authorize AVERY CAMERLINGO KILL, LLC to take on my behalf or to defend based upon the hourly rate(s) hereinafter set forth and as determined by other provisions herein.

I further understand that the hourly charges to be made to me for services rendered by AVERY CAMERLINGO KILL, LLC shall include charges for professional services including paralegal services based on an hourly rate and charges for cash disbursements. This hourly rate includes charges for court time, depositions, legal research, preparation of pleadings, briefs and other legal memoranda and court documents, conferences, correspondence, travel time to and from court and telephone calls by attorneys and paralegals.

The present hourly rates for MARY KATHERINE AVERY, PEPI CAMERLINGO and ANNEMARIE KILL are $375.00 per hour. The presently hourly rates for associates are between $200.00 and $275.00 per hour. The present hourly rate for clerks and paralegals is $75.00 per hour. These rates may be increased from time to time after prior notice.

During the representation, we will supply you with copies of all substantive correspondence and pleadings concerning your matter. After the matter is closed, any original documents you provided to us will be available for you to retrieve. You may also obtain copies of your entire file by paying our standard photocopying charges and a minimum fee to compensate us for the staff time necessary to duplicate the file. If you do not retrieve your original documents within thirty (30) days of the conclusion of representation, your file will be sent to off-site storage. Due to storage constraints, the entire file with be then destroyed after seven (7) years.

In addition to the rates described above, I will also pay out-of-pocket expenses incurred in my case. These costs include, but are not limited to payments made for my account such as court filing fees, duplication costs, facsimile costs, long distance charges, postage, computer research time, process servers, court reporters, deposition costs, out-of-town travel, costs incurred in connection with transportation to and from court and other locations where conferences, depositions and/or other facilities where the legal services are to be rendered, experts and investigators. I understand that no experts or investigators shall be hired without my prior consent and approval.

I understand that the principal basis for computing attorney's fees is the time spent on services rendered on my behalf by professional personnel multiplied by their individual hourly rates. I understand that I will be sent a monthly itemized statement reflecting attorney fees and costs incurred on my behalf. I further understand and agree that I shall immediately pay the full outstanding balance reflected on my bill on a monthly basis. Simple interest will accrue on any unpaid balance after thirty (30) days from the due date at a rate of nine percent (9%) annually. I further understand that all outstanding fees and costs are due at the close of my case (or on or before the day of prove-up).

I further understand that if I fail to pay the retainer fee as set forth above, or if I fail to pay in full all subsequent sum(s) of attorney's fees and costs after my retainer fee has been expended, that I agree and authorize AVERY CAMERLINGO KILL, LLC to withdraw as my attorneys of record, and to pursue by any available remedy, should it become necessary, the collection of all sums due AVERY CAMERLINGO KILL, LLC whether for attorney's fees or costs expended, and for attorneys' fees and costs incurred to pursue the collection of said sums. I also understand that I have the right to discharge AVERY CAMERLINGO KILL, LLC as my attorneys at any time.

I hereby acknowledge that I have read and understand all of the terms and provisions in this Fee Agreement and agree to be bound by same and further acknowledge that I have received a copy of this Fee Agreement for my records this date. I also acknowledge that I have read and understand the Statement of Client's Rights and Responsibilities which is attached hereto and made part of this Fee Agreement, and that I have received a copy thereof.

Dated this __12__ day of __April__ 2015.

By: _____

Accepted by: AVERY CAMERLINGO KILL, LLC