## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TERRY A. BAIER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:12-cv-08234 |
| | ) | |
| vs. | ) | Judge John Robert Blakey |
| | ) | |
| ROHR-MONT MOTORS, INC., | ) | |
| an Illinois corporation d/b/a | ) | |
| Oakbrook Toyota in Westmont, | ) | |
| JOHN BARRETT, and ALEX SYED, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO VACATE AND/OR ALTER OR AMEND MEMORANDUM OPINION AND ORDER OF MARCH 30, 2016**

Defendants, by counsel, pursuant to Rule 60(b)(1) of the Federal Rules of Civil Procedure, respectfully request that this Court vacate that portion of its March 30, 2016 Memorandum Opinion and Order that purports to enter final judgment in this case and to enter an Amended Judgment to comply with the separate document requirement of Rule 58 of the Federal Rules of Civil Procedure. I support of this Motion, defendants file a supporting Memorandum of Law as well as a proposed Amended Judgment.

WHEREFORE, defendants, by counsel, pursuant to Rule 60(b)(1) of the Federal Rules of Civil Procedure, respectfully request that the Court vacate that

portion of its March 30, 2016 Memorandum Opinion and Order which purports to be a final judgment and enter an Amended Judgment, and for all other just and proper relief in the premises.

>Respectfully submitted,
>
>TOURKOW, CRELL, ROSENBLATT
>& JOHNSTON
>
>By: /s/ James P. Buchholz
>   James P. Buchholz
>   Attorney for Defendants

127 East Berry Street
Suite 1200
Fort Wayne, IN 46802
Telephone: (260) 426-0545
Email: jbuchholz@tcrjlaw.com

>BAUER LEGAL, LLC
>
>By: /s/Diana C. Bauer  IN#11906-64

429 E. Dupont Road #175
Fort Wayne, IN 46825
Telephone: (260)414-5582
Email: dianabauerlegal@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February, 2017, I e-filed the above and foregoing Motion via the case management/electronic case filing system with the Clerk of the U.S. District Court. The parties may access this filing through the Clerk's electronic filing system, and notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

     Mr. William Hutul     billhutul@aol.com

     Ms. AnneMarie Kill     akill@averycamerlingokill.com

>By: /s/ James P. Buchholz   IL#6199810